```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                             Case No. 13-05231-RNO
Douglas J Hogrebe                                                  Chapter 13
Chery A. Hogrebe
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: PRadginsk               Page 1 of 3              Date Rcvd: Nov 07, 2019
                              Form ID: 3180W                Total Noticed: 72


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
db/jdb         +Douglas J Hogrebe,    Chery A. Hogrebe,    179 Maple Tree Road,    Dallas, PA 18612-2420
cr             +PA Department of Revenue,    Office of Attorney General,     15th Floor - Strawberry Square,
                 Harrisburg, PA 17120-0001
4402879        +ACE HARDWARE CORPORATION,    DAVID J. FISH / THE FISH LAW FIRM, P.C.,
                 55 S MAIN STREET , SUITE 341,    NAPERVILLE, IL 60540-5381
4389189        +Ace Hardware Corporation,    2200 Kensington Court,    Oak Brook, IL 60523-2100
4389190         American Express,    Attn: Acccounts Payable,    2965 W. Lakes Corporate Blvd.,
                 Weston, FL 33331-3626
4389192        +Becrett Realty, LLC,    3 Quail Run,    Boonton Twp., NJ 07005-9047
4389193         Blue Cross of NE PA,    North Main Street,    Wilkes-Barre, PA 18711
4397118        #CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
4389201         Citimortgage,    P O Box 6243,    Sioux Falls, SD 57117-6243
4389205        +Epicor,    P O Box 671069,    Dallas, TX 75267-1069
4389207        +Fannie Mae Mortgage Help Ctr,    7077 Bonneval Rd Ste 450,     Jacksonville, Fl 32216-1800
4389208        +Fidelity Nat. Indemnity Ins. Co.,    602-604 Shawnee St,    Hanover Twp., PA 18706-5253
4389210        +GM Card,   Customer Center,    P O Box 71107,    Charlotte, NC 28272-1107
4389209         Geisinger,    100 North Academy Avenue,    Danville, PA 17822-3941
4389211         Golden Rule,    P O Box 31374,    Salt Lake City, UT 84131-0374
4389214         HSBC Card Servs/Cap One,    P O Box 71107,    Charlotte, NC 28272-1107
4389216        +Interstate Batteries,    141 Route 106,    Greenfield Twp., PA 18407-3526
4389217         JMK-IIT,    530B W.N. Frontage Road,    Boilingbrook, IL 60440
4389221        +JP Mascaro,    P.O. Box 7250,    Auburn, PA 19407-7250
4389220        +Joseph & Diane Rasmus,    511 Main Road,    Hunlock Creek, PA 18621-3810
4389222        +Klehr Harrison Harvey,    Branzburg & Ellers LLP,    260 S. Broad Street,
                 Philadelphia, PA 19102-5012
4389223        +Michael J. Rowland, Esq,    Atty: Becrett L.L.C.,    4 Second Avenue Ste 202,
                 Denville, NJ 07834-2748
4389224        +Middlesworth,    181 East State Street,    Larksville, PA 18704-1011
4389226        +NCB Bank,    Karen Fleming,    2011 Crystal Drive,    Arlington, VA 22202-3734
4487867        +NCB, FSB,    c/o Jeffrey Kurtzman, Esquire,    Klehr Harrison Harvey Branzburg LLP,
                 1835 Market Street, Suite 1400,    Philadelphia, PA 19103-2945
4389228        +NZYMSYS,    131 Pitkin Street,    East Hartford, CT 06108-3316
4389225        +Nationwide Bank,    P.O. Box 9215,    Old Bethpage, NY 11804-9015
4389229        +On Deck Capital,    Martha K. Dreiling, Dir.,    4600 N. Fairfax Dr., Ste 800,
                 Arlington, VA 22203-1555
4476031        +PNC BANK,    PO BOX 94982,    CLEVELAND. OHIO 44101-4982
4389232        +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
4389233        +PNC Bank,    P O Box 3429,    Pittsburgh, PA 15230-3429
4553968        +Patrick J. Troy,    Sirlin Lesser & Benson, PC,    123 S. Broad St., Ste 2100,
                 Philadelphia, PA 19109-1042
4514351        +Patrick J. Troy, Esquire,    Sirlin Lesser & Benson PC,    123 S Broad St Ste 2100,
                 Philadelphia, PA 19109-1042
4389231        +Penteledata,    P.O. Box 401,    Palmerton, PA 18071-0401
4389236         Service Electric Cable TV,    P O Box 25025,    Lehigh Valley, PA 18002-5025
4389238        +The Fish Law Firm,    Atty: Ace Hardware,    55 S. Main St Ste 341,    Naperville, IL 60540-5381
4389239        +U.S. Sm. Business Admin.,    1110 Vermont Ave., NW,    Washington, DC 20005-3544
4389240        +UGI Electric Utilities, Inc.,    P O Box 71203,    Philadelphia, PA 19176-6203
4389241         UGI Electric Utilities, Inc.DE,    P O Box 15533,    Wilmington DE 19886-5523
4389243        +UniFirst,    1082 Hanover Street,    Wilkes-Barre, PA 18706-2000
4389244         Vengroff Williams Inc.,    Coll: Blue Cross,    P O Box 4155,    Sarasota, FL 34230-4155
4389245         Verizon,    P O Box 2800,    Lehigh Valley, PA 18002-8000
4389251         Wyo Valley Sanitary Auth.,    P O Box 33A,    Wilkes-Barre, PA 18703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: IRS.COM Nov 08 2019 00:13:00     Department of the Treasury,    Internal Revenue Service,
                 600 Arch Street,    Room 5200,    Attn: John T. Amenta,    Philadelphia, PA 19106-1611
4427233        +E-mail/Text: bncmail@w-legal.com Nov 07 2019 19:09:46      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4389191        +EDI: BANKAMER.COM Nov 08 2019 00:13:00      Bank of America Home Loans,    Customer Service,
                 450 American St. #SV416,    Simi Valley, CA 93065-6285
4389200         EDI: CITICORP.COM Nov 08 2019 00:13:00      Citibank,    P O Box 182564,
                 Columbus, OH 43218-2564
4389194        +EDI: CAPITALONE.COM Nov 08 2019 00:13:00      Capital One,    P O Box 30281,    SLC, UT 84130-0281
4389196         EDI: CHASE.COM Nov 08 2019 00:13:00      Chase Bank,    Card Services,    P O Box 15153,
                 Wilmington, DE 19885-5153
4389197         EDI: CHASE.COM Nov 08 2019 00:13:00      Chase Bank Card Services,    P O Box 17280,
                 Wilmington, DE 19885-7280
4389198         EDI: CHASE.COM Nov 08 2019 00:13:00      Chase Cardmaster Servs.,    P O Box 15548,
                 Wilmington, DE 19886-5548
4389199         EDI: CHASE.COM Nov 08 2019 00:13:00      Chase Disney,    Cardmember Services,    P O Box 15153,
                 Wilmington, DE 19886-5153
4389202         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2019 19:09:38      Comm of PA-Dept of Revenue,
                 Bankruptcy Division,    P O Box 280946,    Harrisburg, PA 17128-0946
```

```
District/off: 0314-5           User: PRadginsk              Page 2 of 3                   Date Rcvd: Nov 07, 2019
                               Form ID: 3180W               Total Noticed: 72
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4389203        EDI: DISCOVER.COM Nov 08 2019 00:13:00      Discover Bank,    P O Box 71084,
                 Charlotte, NC 28272-1084
4389204       +E-mail/Text: saleenah@jaclo.com Nov 07 2019 19:09:52      Durst Corp.,    129 Dermondy Street,
                 Cranford, NJ 07016-3275
4389206       +E-mail/Text: bankruptcy@erieinsurance.com Nov 07 2019 19:09:55      Erie Insurance Group,
                 100 Erie Ins. Place,    Erie, PA 16530-0001
4488692       +E-mail/Text: bankruptcy.bnc@ditech.com Nov 07 2019 19:09:35      Green Tree Servicing LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
4389212        E-mail/Text: bankruptcy.bnc@ditech.com Nov 07 2019 19:09:35      Green Tree Servicing, LLC,
                 Servicer: Bank of Am,    P O Box 6172,    Rapid City, SD 57709-6172
4389213       +E-mail/Text: miller@hnbbank.com Nov 07 2019 19:09:35      Honesdale National Bank,
                 38 N Franklin Street,    Wilkes-Barre, PA 18701-1301
4389230        E-mail/Text: csc.bankruptcy@amwater.com Nov 07 2019 19:09:56      PA American Water,
                 Customer Service Center,    P O Box 578,    Alton, IL 62002-0578
4442659        EDI: PRA.COM Nov 08 2019 00:13:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4463963        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2019 19:09:39
                 Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
                 Harrisburg P A 17128-0946
4389234       +E-mail/Text: ggresham@quikrete.com Nov 07 2019 19:09:35      Quikrete,    P.O. Box 930134,
                 Atlanta, GA 31193-0134
4389235       +E-mail/Text: katie.mcclain@rugdoctor.com Nov 07 2019 19:09:54      Rug Doctor,    P.O. Box 849958,
                 Dallas, TX 75284-9958
4389237       +E-mail/Text: rtumsuden@sidharvey.com Nov 07 2019 19:09:27      Sid Harvey,    605 Locust Street,
                 Garden City, NJ 11530-6531
4393502       +E-mail/Text: miller@hnbbank.com Nov 07 2019 19:09:35      THE HONESDALE NATIONAL BANK,
                 P.O. BOX 350,    HONESDALE, PA 18431-0350
4389242        E-mail/Text: bkrcy@ugi.com Nov 07 2019 19:09:54      UGI Penn Natural Gas Inc,    P O Box 15533,
                 Wilmington, DE 19886-5533
4389246        EDI: VERIZONCOMB.COM Nov 08 2019 00:13:00      Verizon Wireless,    P O Box 25505,
                 Lehigh Valley, PA 18002-5505
4389247       +EDI: WFFC.COM Nov 08 2019 00:13:00      Wells Fargo,    11601 N. Black Canyon Hwg.,
                 Phoenix, AZ 85029-3451
4415814        EDI: WFFC.COM Nov 08 2019 00:13:00      Wells Fargo Bank, N.A.,    Home Equity Group,
                 1 Home Campus  X2303-01A,    Des Moines, IA 50328-0001
4389248       +EDI: WFFC.COM Nov 08 2019 00:13:00      Wells Fargo Bank, N.A.,    MAC N9777112,    P O Box 5169,
                 Sioux Falls, SD 57117-5169
4638003       +EDI: WFFC.COM Nov 08 2019 00:13:00      Wells Fargo Bank, N.A.,,    3476 Stateview Boulevard,
                 Fort Mill, SC 29715-7200
                                                                                               TOTAL: 29

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4507635        Green Tree Servicing LLC,    PO BOX 0049,    Palatine, IL 60055-0049,    Telephone # 888-298-7785,
                 Green Tree Servicing LLC,    PO BOX 0049
4389218        Joseph & Diane Rasmus
4389219        Joseph & Diane Rasmus
4514293        NCB, FSB
cr*           +NCB, FSB,    c/o Jeffrey Kurtzman, Esquire,    Klehr Harrison Harvey Branzburg LLP,
                 1835 Market Street,    Suite 1400,    Philadelphia, PA 19103-2945
4389195*      +Capital One,    P O Box 30281,    SLC, UT 84130-0281
4389215*       Department of the Treasury,    Internal Revenue Service,    P O Box 7346,
                 Philadelphia, PA 19101-7346
4507634*      +Green Tree Servicing LLC,    PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
4424093*     ++UGI UTILITIES INC,    ATTN CREDIT & COLLECTIONS,    P O BOX 13009,    READING PA 19612-3009
                (address filed with court: UGI Penn Natural Gas, Inc,    UGI Utilities Inc,    One UGI Center,
                 Bldg F,    Wilkes-Barre Pa  18711)
4389249*      +Wells Fargo Bank, N.A.,    MAC N9777112,    P O Box 5169,    Sioux Falls, SD 57117-5169
4389250*      +Wells Fargo Bank, N.A.,    MAC N9777112,    P O Box 5169,    Sioux Falls, SD 57117-5169
4389227      ##+Newtown Slocomb Windows,    247 Old River Road,    Wilkes-Barre, PA 18702-1616
                                                                                   TOTALS: 4, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:

```
            Ann E. Swartz    on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com,
             ecfmail@ecf.courtdrive.com
            Ann E. Swartz    on behalf of Creditor    Well Fargo Bank, N.A. as successor by merger to Wachovia
             Bank, N.A. ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
            Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
            Jeffrey D Kurtzman    on behalf of Creditor    NCB, FSB Kurtzman@kurtzmansteady.com
            John H. Doran    on behalf of Debtor 1 Douglas J Hogrebe jdoran@dorananddoran.com,
             mdoran@dorananddoran.com;ldoran@dorananddoran.com
            John H. Doran    on behalf of Debtor 2 Chery A. Hogrebe jdoran@dorananddoran.com,
             mdoran@dorananddoran.com;ldoran@dorananddoran.com
            Joseph P Schalk    on behalf of Creditor    Green Tree Servicing LLC jschalk@barley.com,
             sromig@barley.com
            Joshua I Goldman    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Kathryn Evans Perkins    on behalf of Creditor    National Cooperative Bank kperkins@klehr.com,
             afoody@klehr.com
            Lisa M. Doran    on behalf of Debtor 1 Douglas J Hogrebe ldoran@dorananddoran.com
            Lisa M. Doran    on behalf of Debtor 2 Chery A. Hogrebe ldoran@dorananddoran.com
            Marisa Myers Cohen    on behalf of Creditor    Well Fargo Bank, N.A. as successor by merger to
             Wachovia Bank, N.A. Mcohen@mwc-law.com
            Patrick Joseph Troy    on behalf of Creditor    NCB, FSB ptroy@sirlinlaw.com
            Thomas I Puleo    on behalf of Creditor    GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 15
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Douglas J Hogrebe** | Social Security number or ITIN **xxx–xx–1849** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Chery A. Hogrebe** | Social Security number or ITIN **xxx–xx–6163** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **5:13–bk–05231–RNO** | | |

# Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Douglas J Hogrebe                                        Chery A. Hogrebe

**By the court:**

11/7/19

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: PRadginsk, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**