# Doran & Doran, P.C.
**Attorneys at Law**

69 Public Square, Suite 700
Wilkes-Barre, PA 18701-2588
Telephone: 570-823-9111
Fax: 570-829-3222
www.dorananddoran.com

John H. Doran, Esquire
jdoran@dorananddoran.com
Lisa M. Doran, Esquire
ldoran@dorananddoran.com

Wm. N. Reynolds (1847-1936)
Wm. N. Reynolds, Jr. 1874-1957)
Robert J. Doran (1895-1962)

December 11, 2019

Clerk US Bankruptcy Court
197 South Main Street
Wilkes-Barre, PA 18702

RE: Douglas J. Hogrebe and Chery A. Hogrebe
Bk. Case No. 5-13-bk-05231-RNO – Chapter 13

Dear Clerk:

Please change the addresses for the following creditors in the above captioned case.

JMK-11T
16410 John Lane Crossing
Lockport, IL 60441

On Deck Capital
901 N Stuart Street
Arlington, VA 22203

Epicor
804 Las Cimas Parkway
Austin, TX 78746

Very truly yours,

John H. Doran
jdoran@dorananddoran.com

ete