```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 13-05231-RNO
Douglas J Hogrebe                                               Chapter 13
Chery A. Hogrebe
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: PamelaRad          Page 1 of 1          Date Rcvd: Dec 19, 2019
                            Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
db/jdb         +Douglas J Hogrebe,   Chery A. Hogrebe,   179 Maple Tree Road,   Dallas, PA 18612-2420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
          Ann E. Swartz    on behalf of Creditor    Well Fargo Bank, N.A. as successor by merger to Wachovia
           Bank, N.A. ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
          Ann E. Swartz    on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Jeffrey D Kurtzman    on behalf of Creditor    NCB, FSB Kurtzman@kurtzmansteady.com
          John H. Doran    on behalf of Debtor 1 Douglas J Hogrebe jdoran@dorananddoran.com,
           mdoran@dorananddoran.com;ldoran@dorananddoran.com
          John H. Doran    on behalf of Debtor 2 Chery A. Hogrebe jdoran@dorananddoran.com,
           mdoran@dorananddoran.com;ldoran@dorananddoran.com
          Joseph P Schalk    on behalf of Creditor    Green Tree Servicing LLC jschalk@barley.com,
           sromig@barley.com
          Joshua I Goldman    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kathryn Evans Perkins    on behalf of Creditor    National Cooperative Bank kperkins@klehr.com,
           afoody@klehr.com
          Lisa M. Doran    on behalf of Debtor 1 Douglas J Hogrebe ldoran@dorananddoran.com
          Lisa M. Doran    on behalf of Debtor 2 Chery A. Hogrebe ldoran@dorananddoran.com
          Marisa Myers Cohen    on behalf of Creditor    Well Fargo Bank, N.A. as successor by merger to
           Wachovia Bank, N.A. Mcohen@mwc-law.com
          Patrick Joseph Troy    on behalf of Creditor    NCB, FSB ptroy@sirlinlaw.com
          Thomas I Puleo    on behalf of Creditor    GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Douglas J Hogrebe,<br>**Debtor 1**<br>Chery A. Hogrebe,<br>**Debtor 2** | Chapter 13<br>Case No. 5:13–bk–05231–RNO |

Social Security No.:
    xxx–xx–1849    xxx–xx–6163

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: December 19, 2019

By the Court,

*(signature)*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

**fnldec** (05/18)